**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| BOBBY JOE HENDERSON, Petitioner | CIVIL DOCKET NO. 5:20-CV-1209-P |
| VERSUS | CHIEF JUDGE S. MAURICE HICKS, JR. |
| LA JUDGES OF SUPREME COURT, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 6), and after a *de novo* review of the record including the Objection filed by Petitioner (ECF No. 8), and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 4) is hereby **DISMISSED** for lack of jurisdiction, **WITH PREJUDICE** as to the jurisdictional issue, and **WITHOUT PREJUDICE** as to the merits of Petitioner's claim.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 28th day of January, 2021.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT